# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | | |
| v. | ) | Case No. | 5:26-MJ-1529-BM |
| | ) | | |
| | ) | | |
| COURTNEY P. WILLIAMS | ) | | |
| *Defendant* | | | |

## ORDER SCHEDULING PRELIMINARY AND DETENTION HEARINGS

A detention hearing in this case is scheduled as follows:

| Place: | Terry Sanford Federal Building 310 New Bern Avenue Raleigh, NC | Courtroom No.: | 6th Floor |
| | | Date and Time: | 4/13/26 at 10:00 am |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 8 APRIL 2026

_____
Judge's signature

James E Gates, United States Magistrate Judge
_____
Printed name and title